**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

BOBBY T. SHEPPARD,

:

    Petitioner,                                 Case No. Case No. 1:12-cv-198

:        District Judge Gregory L. Frost

   -vs-                                         Magistrate Judge Michael R. Merz

MARGARET A. BAGLEY, Warden,
 Chillicothe Correctional Institution,

:

    Respondent.

---

**SCHEDULING ENTRY**

---

       In the body of the Petition in this case, Petitioner takes the position that this is not a second or successive habeas corpus petition, despite the prior filing of Case No. 1-00-cv-493. The Attorney General was given an opportunity to respond to that position and opposes it (Doc. No. 6).

       Petitioner may file any response he wishes the Court to consider to the Attorney General's position not later than March 30, 2012.

March 26, 2012.

                                                      s/ **Michael R. Merz**
                                                       United States Magistrate Judge