# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BOBBY T. SHEPPARD,

      Petitioner,                                  Case No. Case No. 1:12-cv-198

                                        District Judge Gregory L. Frost
    -vs-                                    Magistrate Judge Michael R. Merz

MARGARET A. BAGLEY, Warden,
 Chillicothe Correctional Institution,

      Respondent.

## BRIEFING ORDER

This capital habeas corpus case is before the Court on remand from the Sixth Circuit Court of Appeals (Doc. No. 13) which has ordered this Court "to determine whether Sheppard's petition constitutes a second or successive petition under § 2244(b)."  *Id.* PageID 88.

It is accordingly ordered that the parties file any additional argument they wish the Court to consider on that question not later than June 15, 2012.

May 30, 2012.

                                                               s/ **Michael R. Merz**
                                                             United States Magistrate Judge